```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
O.R. *individually and on behalf of their child* :
K.R. *a minor*, :
                                                 Plaintiffs, :     1:22-cv-5363-GHW
                               -v -                     :     ORDER
NEW YORK CITY DEPARTMENT OF :
EDUCATION, :
                               Defendant. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On June 24, 2022, Plaintiff filed an application to proceed *in forma pauperis*, Dkt. Nos. 1, 11. Plaintiff's application indicates that, after necessary expenses, Plaintiff nets approximately $2,900 per month. Accordingly, Plaintiff's application for *in forma pauperis* status is DENIED.

      SO ORDERED.

Dated: July 12, 2022
       New York, New York                          _____
                                                                         GREGORY H. WOODS
                                                                    United States District Judge